# UNITED STATES DISTRICT COURT
## Western District of Tennessee

Robert R. Di Trolio
Clerk of Court
495-1250

Memphis     901-495-1200
Fax     901-

Jackson     901-427-6586
Fax     901-427-9210

DATE: 04/25/2005

NOTICE TO ALL PARTIES

RE:     CRIMINAL CASE NO.  00-20220
        UNITED STATES OF AMERICA vs. Lavell Bates

____ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

__XX__ RULE 40 TRANSFER

Docket Sheet case #:05cr354, Affidavit in Removal Proceedings, Order of Removal dated:4/13/2005, have been received from the United States District Court, Northern District of Illinois. Please refer to document #465 in the case record.

Sincerely,

ROBERT R. Di TROLIO,
Clerk of Court

BY: _____
       Deputy Clerk

242 Federal Building
167 North Main Street
Memphis, Tennessee 38103

101 Federal Building
109 South Highland Avenue
Jackson, Tennessee 38301

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 466 in case 2:00-CR-20220 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Harris
171 S. Weasley Oaks Cir.
Apt. 103
Memphis, TN 38106

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT