IN THE UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY JC D.C.

05 JUN 16 PM 4: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CR. NO. 00-20220-03-Ma |
| | * | |
| LAVELLE BATES | * | |

## ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On June 16, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his/her probation/supervised release in this matter. At this hearing, the defendant WAIVED his/her right to a preliminary hearing.

Greg Gilluly, AUSA, representing the government, and Robert Irby, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Samuel H. Mays, Jr. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED** this __16__ day of __June__, 2005.

S. Thomas Anderson
**S. THOMAS ANDERSON**
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-17-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 473 in case 2:00-CR-20220 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT