# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL 25 AM 6:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:00CR20220-03-Ma

00-20220-3-Ma

LAVELL BATES
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, LaVell Bates, was represented by Robert C. Irby, Esq.

It appearing that the defendant, who was convicted on April 29, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eight (8) Months.

FURTHERMORE, the Court hereby imposes a period of Supervised Release for a term of two (2) months with the following additional conditions of release:

    The defendant shall seek housing and employment through the Center of Independent Living.

The Court recommends to the Bureau of Prisons that the defendant serve his term of incarceration at the facility in Millington, Tennessee or Forrest City, Arkansas or any other facility located as close to Memphis, Tennessee as possible and that is equipped to accommodate the defendant's medical condition.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 22d day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 09/10/1976
U.S. Marshal No.: 17524-076
Defendant's Last Known Address: 4173 University, Memphis, TN 38127

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 481 in case 2:00-CR-20220 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Michael Harris
171 S. Weasley Oaks Cir.
Apt. 103
Memphis, TN 38106

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT